BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MICHAEL DAVID CLOAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00346-DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING HEARING DATE AND |
| vs. | ) | EXCLUDING TIME UNDER THE SPEEDY |
| | ) | TRIAL ACT |
| MICHAEL DAVID CLOAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### **STIPULATION**

Defendant Michael David Cloar, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney John N. Glang, hereby stipulate that, with the Court's approval, the status hearing currently set for Tuesday, September 7, 2010, at 9:00 a.m., shall be continued to Tuesday, September 28, 2010, at 9:00 a.m.

The reason for the requested continuance is the government has extended a proposed disposition in this matter and Mr. Cloar would like an opportunity to confer in person with members of his family who are driving from Kentucy in order to meet with him to discuss the government's proposal.

Stipulation and [Proposed] Order Continuing
Hearing                                    1

The parties agree that the time between September 7, 2010, and September 28, 2010, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

Dated: September 1, 2010

                                          _____/s/_____
                                          VARELL L. FULLER
                                          Assistant Federal Public Defender

Dated September 1, 2010            _____/s/_____
                                          JOHN N. GLANG
                                          Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Tuesday, September 7, 2010, shall be continued to Tuesday, September 28, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between September 7, 2010, and September 28, 2010, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between September 7, 2010, and September 28, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between September 7, 2010, and September 28, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 2, 2010                         _____
                                                      THE HONORABLE D. LOWELL JENSEN
                                                        United States District Judge