1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CLOAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00346-DLJ |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING DATE |
| vs. | ) ) | |
| MICHAEL DAVID CLOAR, | ) ) | |
| Defendant. | ) ) | |

## STIPULATION

Defendant Michael David Cloar, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney John N. Glang, hereby stipulate and agree, subject to the Court's approval, the sentencing hearing currently set for Tuesday, January 11, 2011, at 10:00 a.m., be continued to Tuesday, April 5, 2011, at 10:00 a.m.

Mr. Cloar has pled guilty pursuant to an 11(c)(1)(C) agreement to one Count of possession with intent to distribute five grams or more of methamphetamine in violation 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).  That agreement provides the parties may argue for a sentence between 60 and 120-months imprisonment.  The defense's sentencing mitigation


investigation is ongoing and counsel for Mr. Cloar respectfully request additional time to complete that investigation. The United States Probation Office has been consulted about the requested continuance and has no objection. The parties further agree that the deadlines by which the United States Probation Office must disclose the draft and final pre-sentence reports shall be adjusted according to the new sentencing date.

Dated:  December 29, 2010

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated  December 29, 2010         _____/s/_____
JOHN N. GLANG
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Tuesday, January 11, 2011, at 10:00 a.m. is continued to Tuesday, April 5, 2011, at 10:00 a.m., and the dates by which United States Probation must disclose the draft and final pre-sentence reports shall be adjusted accordingly.

Dated: January 5, 2011         _____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge

Stipulation and [Proposed] Order Continuing Hearing                               2